UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY a/s/o TAMARA L. DECKER,<br>    Plaintiff,<br><br>vs.<br><br>JOSHUA TINSLEY and UNITED STATES POSTAL SERVICE,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) )<br><br>CAUSE NO. |

## COMPLAINT

Comes now Plaintiff, State Farm Mutual Automobile Insurance Company a/s/o Tamara L. Decker, by counsel, and for its Complaint for relief against Defendants, Joshua Tinsley and United States Postal Service, alleges and says that:

### I. JURISDICTION & VENUE

1. Plaintiff's claim is against the United States Postal Service as a defendant; therefore, Jurisdiction is proper, pursuant to 28 USC § 1346(b).

2. Plaintiff's claims arise out of a motor vehicle collision, which occurred in Monroe County, State of Indiana; therefore, venue is proper, pursuant to 28 USC § 1391(b)(2).

### II. FACTUAL ALLEGATIONS & CLAIM FOR RELIEF

3. All of acts and/or omission of Defendant, United States Postal Service, ("USPO"), herein alleged, were performed and/or omitted by and through the agents, servants, and employees of Defendant, USPO, including but not limited to, Defendant, Joshua Tinsley ("Tinsley"), while said agents, servants, and/or employees were acting within the scope and course of their employment.

4. At all times mentioned herein, there was, and is now, near the City of Bloomington, County of Monroe, State of Indiana, a public thoroughfare known as Vernal Pike, which generally runs in an easterly and westerly direction.

5. On or about July 15, 2020, Plaintiff insured a vehicle owned by Tamara L. Decker.

6. On or about July 15, 2020, Tamara L. Decker was operating said insured vehicle and was stopped in a vehicle, on eastbound W. Vernal Pike, attempting to make a turn into the driveway of 4738 W. Vernal Pike, when their vehcile was struck from behind by Defendant, Johshua Tinsley, causing a collision.

7. The aforementioned collision was directly and proximately caused by the carelessness and negligence of Defendant Tinsley, while he was in the course and scope of his agency and/or employment of Defendant, USPO.

8. Defendant USPO is liable for the negligence, gross negligence, and or acts and omissions of its employees and/or agents, including, but not limited to, Defendant Tinsley, at all times relevant to the aforementioned collision.

9. As a proximate result of Defendant's negligent, reckless, and careless conduct, Plaintiff's insured, Tamara L. Decker, sustained damages to the insured vehicle.

10. Pursuant to the terms of the insurance policy covering said vehicle, Plaintiff has made payments to or on behalf of its insured, Tamara L. Decker, as compensation for damages in the amount of $2,788.16.

11. Additionally, Plaintiff's insured Tamara L. Decker assigned to Plaintiff the right to recover her $500.00 deductible. A copy of this Assignment is attached hereto as Exhibit "A."

WHEREFORE, Plaintiff, State Farm Mutual Automobile Insurance Company a/s/o Tamara L. Decker, respectfully requests judgment against Defendants, Joshua Tinsley and United States Postal Service, in the amount of $3.288.16, plus interest from the date of judgment and the costs of this action, together with all other relief deemed just and proper in the premises.

       Respectfully submitted,

       KAHN, DEES, DONOVAN & KAHN, LLP

       /s/ *Patrick C. Thomas*
       Patrick C. Thomas, IN #31536-53

**KAHN, DEES, DONOVAN & KAHN, LLP**
501 Main Street, Suite 305
Post Office Box 3646
Evansville, Indiana  47735-3646
Telephone: (812) 423-3183
Facsimile: (812) 423-3841
Email: pthomas@kddk.com